UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Angela Clark,

                 Plaintiff(s),

v.                                              Case No. 2:20−cv−11302−LVP−DRG
                                             Hon. Linda V. Parker

General Electric Corporation, et al.,

                 Defendant(s),

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to U.S. Magistrate Judge Grand pursuant to 28 U.S.C. § 636(b)(3), for the following purpose(s):

- **Conduct settlement conference**

                                                           s/Linda V. Parker
                                                           Linda V. Parker
                                                           United States District Judge

## Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                           s/R Loury
                                                           Case Manager

Dated:   September 17, 2020