UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGELA CLARK,  

    Plaintiff,

v.

GENERAL ELECTRIC CORPORATION,
ET AL,

    Defendant(s).
_____/

Case No. 20-11302
Honorable Linda V. Parker
Magistrate Judge David R. Grand

## NOTICE OF SETTLEMENT CONFERENCE VIA ZOOM

A SETTLEMENT CONFERENCE in the above-entitled case has been set for **Friday, January 29, 2021, at 10:00a.m.** before U.S. Magistrate Judge David R. Grand via Zoom. **CLIENT(S)/CLIENT REPRESENTATIVE(S) WITH FULL SETTLEMENT AUTHORITY MUST ATTEND THE SETTLEMENT CONFERENCE.**

The parties shall submit concise confidential statements summarizing their respective position(s) on the case and the history of all settlement negotiations, not to exceed five (5) pages, by **Wednesday, January 27, 2021, at 4:30 p.m.** Each party's confidential statement should be hand-delivered or faxed directly to Chambers at 734-741-2483, and *is not to be filed with the Court or placed on the docket. An email will be sent to counsel of record with zoom instructions.*

Dated: January 13, 2021

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 13, 2021, by electronic and/or ordinary mail.

                    s/Eddrey O. Butts
                    Case Manager, (734) 741-2484