**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ANGELA CLARK,

    Plaintiff,

                                              Case No. 20-11302
v.                                             Honorable Linda V. Parker

GENERAL ELECTRIC CORPORATION, et al.

    Defendants.
_____/

## AMENDED NOTICE TO APPEAR FOR TELEPHONIC STATUS CONFERENCE

**YOU ARE NOTIFIED TO APPEAR BY TELEPHONE ON**

**April 9, 2020 at 10:30 AM** for Telephonic Status Conference. **Counsel shall call the Court's toll-free conference line at 1-888-808-6929 and use Access Code 8141695.**

                                              s/ Linda V. Parker
                                              LINDA V. PARKER
                                              U.S. DISTRICT JUDGE

Dated: April 7, 2021

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, April 7, 2021, by electronic and/or U.S. First Class mail.

                                              s/ A.Flanigan
                                              Case Manager