# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | | |
|---|---|---|
| ANGELA CLARK, | : | Case No. 2:20-cv-11302-LVP-DRG |
| | : | |
| Plaintiff, | : | |
| | : | Judge Linda V. Parker |
| v. | : | |
| | : | |
| GENERAL ELECTRIC CORPORATION and INSIGHT GLOBAL, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SETTLEMENT STATUS

Defendant General Electric Company hereby gives notice to the Court that the settlement proceeds will be electronically deposited into Plaintiff's account within the next few business days.

Respectfully submitted,

*/s/ Kasey L. Bond*
Kasey L. Bond (92235)
KEATING MUETHING & KLEKAMP
One East Fourth Street, Suite 1400
Cincinnati, OH  45202
Phone:  513.579.6400
Fax:  513.579. 6457
kbond@kmklaw.com
*Attorney for Defendant*
*General Electric Corporation*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 12, 2021, the foregoing Notice of Settlement Status is being filed with the Clerk, using the electronic case filing system of the Court, which electronically will send a "Notice of Electronic Filing" to the following attorney of record, whom has consented to accept such a Notice as service of this document by electronic means.

Carla D. Aikens (P69530)
Ashley J. Burress (P79614)
615 Griswold Street
Suite 709
Detroit, MI 48226
*Attorneys for Plaintiff*

James B. Hiller
GORDON REES SCULLY MANSUKHANI, LLP
One North Franklin Street
8th Floor
Chicago, IL 60606

*Attorney for Defendant, Insight Global LLC*

                                              */s/ Kasey L. Bond*
                                              Kasey L. Bond

10174979.1