**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | | |
|---|---|---|
| ANGELA CLARK, | : | Case No. 2:20-cv-11302-LVP-DRG |
| | : | |
| Plaintiff, | : | |
| | : | Judge Linda V. Parker |
| v. | : | |
| | : | |
| GENERAL ELECTRIC CORPORATION and INSIGHT GLOBAL, | : | |
| | : | |
| Defendant. | : | |

**SUPPLEMENTAL NOTICE OF SETTLEMENT STATUS**

Defendant General Electric Company hereby provides the Court with an explanation regarding compliance with the parties' settlement agreement. As Defendant's counsel explained to Plaintiff's counsel, the email containing banking information required for GE to make the electronic settlement payment was stuck in the spam filter for Defendant's counsel. Defendant's counsel discovered this on March 30, 2021. Once the banking information was discovered, it was immediately shared with GE. GE has expedited the payment process, which generally takes 30 days. According to GE, the settlement payment will be electronically deposited within the next few business days.

Respectfully submitted,

*/s/ Kasey L. Bond*
Kasey L. Bond (92235)
KEATING MUETHING & KLEKAMP
One East Fourth Street, Suite 1400
Cincinnati, OH 45202
Phone: 513.579.6400
Fax: 513.579. 6457
kbond@kmklaw.com
*Attorney for Defendant*
*General Electric Corporation*

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 13, 2021, the foregoing Supplemental Notice of Settlement Status is being filed with the Clerk, using the electronic case filing system of the Court, which electronically will send a "Notice of Electronic Filing" to the following attorney of record, whom has consented to accept such a Notice as service of this document by electronic means.

Carla D. Aikens (P69530)
Ashley J. Burress (P79614)
615 Griswold Street
Suite 709
Detroit, MI 48226
*Attorneys for Plaintiff*

James B. Hiller
GORDON REES SCULLY MANSUKHANI, LLP
One North Franklin Street
8th Floor
Chicago, IL 60606

*Attorney for Defendant, Insight Global LLC*

                                                  */s/ Kasey L. Bond*
                                                  Kasey L. Bond

10174979.1