**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

ANGELA CLARK,

            PLAINTIFF.

   v.

GENERAL ELECTRIC CORPORATION
and INSIGHT GLOBAL,

            DEFENDANTS.

Case No.. 20-cv-11302-LVP-DRG

Hon. Linda V. Parker

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

     IT IS HEREBY STIPULATED AND AGREED, by undersigned counsel of record for Plaintiff Angela Clark; Defendant, Insight Global, LLC; and Defendant General Electric Corp., pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and pursuant to the Settlement Agreement between the parties, that the claims asserted by Plaintiff in the above-captioned action are dismissed with prejudice. Except as expressly designated in the Settlement Agreement, each party shall bear its own cost and attorney's fees.

     **IT IS SO ORDERED.**

                         s/ Linda V. Parker
                         LINDA V. PARKER
                         U.S. DISTRICT JUDGE

Dated: April 28, 2021

Dated: April 28, 2021

By: _____Carla D. Aikens_____     By:__/s/James B. Hiller_____
CARLA D. AIKENS P.C.                       Gordon Rees Scully Mansukhani, LLP
Carla D. Aikens (P69530)                   James B. Hiller (P82636)
615 Griswold, Suite 709                    One North Franklin, Suite 800
Detroit, MI 48226                          Chicago, IL 60606
(844) 835-2993                             (312) 565-1400
carla@aikenslawfirm.com                    jhiller@grsm.com
Attorneys for Plaintiff                    Attorneys for Defendant Insight Global, LLC

                                           By: __ Kasey L. Bond_____
                                           KEATING MUETHING & KLEKAMP
                                           Kasey L. Bond (92235)
                                           One East Fourth Street, Suite 1400
                                           Cincinnati, OH 45202
                                           (513) 579-6400
                                           kbond@kmklaw.com
                                           Attorney for Defendant General Electric Corp.


### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY THAT ON April 28, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court Using the ECF system which will send notification to all counsel of record:

                                           /s/ James B. Hiller_____